BONNETT, FAIRBOURN, FRIEDMAN
 & BALINT, P.C.
ANDREW S. FRIEDMAN (*Pro Hac* pending)
FRANCIS J. BALINT, JR. (*Pro Hac* pending)
WENDY HARRISON (151090)
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: 602/274-1100
602/274-1199 (fax)

Attorneys for Relator

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> *ex. rel* CAROL JEAN SANCHEZ, <br><br> Relator, <br><br> vs. <br><br> ENSIGN GROUP, INC., a Delaware corporation, <br><br> Defendant. | Case No. **SA CV 06-643 CJC (ANx)** <br><br> COMPLAINT FOR VIOLATION OF FEDERAL FALSE CLAIMS ACT <br><br> FILED *IN CAMERA* AND UNDER SEAL <br><br><br> <u>DEMAND FOR JURY TRIAL</u> |

## NATURE OF ACTION

1. Relator brings this action on behalf of the United States of America to recover damages, civil penalties and other remedies established by and pursuant to the Federal False Claims Act, 31 U.S.C. §§3729, *et seq.*, as amended ("the Act"), arising from false statements and claims made and presented by the defendant Ensign Group, Inc. ("Ensign"). The violations of the Act involve false statements Ensign made since 2001 to the federal government in federally mandated health and resource assessment forms that are required for all Medicare and Medicaid patients entering skilled nursing facilities. Ensign's violations also involve submitting false claims to the government in order to increase Ensign's payments made by Medicare and Medicaid. Ensign knew these statements were false and/or exaggerated. In violation of its duty to report known errors resulting in unwarranted federal payments, Ensign likewise concealed such errors from government agents in order to keep funds to which it was not entitled.

2. The Act provides that any person who knowingly submits or causes to be submitted a false or fraudulent claim to the government for payment or approval is liable for a civil penalty of up to $10,000 for each such claim submitted or paid, plus three times the amount of the damages sustained by the government. Liability attaches both when a defendant knowingly seeks payment that is unwarranted from the government and when false records or statements are knowingly created or caused to be used to conceal, avoid or decrease an obligation to pay or transmit money to the government. The Act allows any person having information regarding a false or fraudulent claim against the government to bring an action for himself (the "relator") and for the government and to share in any recovery.

3. Based on those provisions, relator seeks through this action to recover damages and civil penalties arising from Ensign's presentation of false records, claims and statements to the federal government and its agents in connection with the federal Medicare and Medicaid programs administered by the Centers for Medicare &

- 1 -

1  Medicaid Services ("CMS"). Relator also seeks to recover damages arising from
2  Ensign's unlawful practice of permitting records Ensign discovered, learned and knew
3  contain erroneous information to be relied upon by the government as the basis upon
4  which to pay Ensign excessive payment from federal funds. Relator believes that
5  substantial damages and civil penalties may be assessed against Ensign under the facts
6  as alleged in this Complaint.

11  Complaint.

## PARTIES

13  5.  Relator Carol Jean Sanchez ("Sanchez") is a resident of San Antonio, Texas and a former employee of Salado Creek Living and Rehabilitation Center located in San Antonio, Texas, which Ensign has owned and operated since September 1, 1999. Sanchez has first-hand, direct and independent personal knowledge of the false records, claims and statements presented to the government by Ensign.

19  6.  Defendant Ensign is a corporation organized pursuant to the laws of the State of Delaware, with its principal place of business in the State of California, City of Mission Viejo. Ensign is a skilled nursing or long-term healthcare provider with 45 skilled nursing facilities in California (31), Texas (4), Arizona (8) and Washington (2), and as such is engaged in the business of supplying skilled nursing services for which it bills the United States of America under the federal Medicare and Medicaid programs. Ensign has received and continues to receive millions of dollars each year from the United States under those programs. Specifically, in 2004, a third of Ensign's total revenues ($53 million) came from Medicare and another half ($79 million) came from California's Medicaid program.

- 2 -

## JURISDICTION AND VENUE

7. This is a civil action arising under the laws of the United States to redress violations of the Federal False Claims Act. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§1331, 1345 and 31 U.S.C. §3732, which specifically confers jurisdiction on this Court for actions brought pursuant to 31 U.S.C. §§3729 and 3730.

8. This Court has personal jurisdiction over Ensign pursuant to 31 U.S.C. §3732(a), which provides that "[a]ny action under section 3730 may be brought in any judicial district in which the defendant, or in the case of multiple defendants, any one defendant can be found, resides, transacts business or in which any act proscribed by section 3729 occurred." Section 3732(a) also authorizes nationwide service of process. Defendant Ensign, during the relevant period, resided in and/or transacted business in the Central District of California, Los Angeles Division. Specifically, out of the 45 skilled nursing facilities owned and operated by Ensign, 31 are in California and 20 are in the Central District of California.

9. Venue is proper in this District pursuant to 31 U.S.C. §3732(a) because Ensign can be found in, resides in and transacts business in the Central District of California, Los Angeles Division and because some of the violations of 31 U.S.C. §3729 described herein occurred within this judicial district.

## ALLEGATIONS

10. Ensign is a skilled nursing or long term healthcare provider that participates in federally-funded healthcare programs, including Medicare and Medicaid.

11. Medicare is a federally funded health insurance program primarily for the elderly. Medicare was created in 1965 in Title XVIII of the Social Security Act. Medicare has two parts: Part A, the Basic Plan of Hospital Insurance, which covers the cost of hospital services and related ancillary services such as home health care agencies and skilled nursing facilities; and Part B, which covers the cost of

physicians' services and other ancillary services not covered by Part A. Medicaid is a state and federal assistance program to provide payment of medical expenses for low income patients. Medicaid was also created in 1965 in Title XIX of the Social Security Act. Funding for Medicaid is shared between the federal government and those states participating in the program.

12. Medicare and Medicaid require skilled nursing facilities to complete a Minimum Data Set ("MDS") assessment form for each incoming resident receiving Medicare or Medicaid. The MDS assessment form is part of the U.S. federally mandated process for clinical assessment of all incoming residents in Medicare or Medicaid certified skilled nursing facilities.

13. CMS requires a registered nurse to conduct or coordinate the MDS assessment, which must include direct observation and communication with the resident, as well as communication with staff members on all shifts. This process provides a comprehensive assessment of each resident's functional capabilities and helps nursing home staff identify health problems and formulate a resident's individual care plan. The MDS assessment form is very detailed and specific health information about the resident is required for completion. The MDS assessment forms are transmitted electronically by nursing homes to the MDS database at the CMS.

14. Medicare pays skilled nursing facilities a daily rate to cover services provided to Medicare residents based on a prospective payment system. Medicaid's payment system varies from state to state, but the Texas Medicaid payment process is virtually identical to Medicare. Based on a resident's MDS, residents are categorized into one of 44 Resource Utilization Groups ("RUG"), each having a different payment rate. The RUG score is used to determine the amount that the facility can bill Medicare for that resident. The higher the resident's score, the more money the facility can receive from Medicare.

15. Since Medicare reimbursement is linked to resident assessment, the MDS coordinator plays a very important role as the MDS coordinator is responsible for insuring that a resident's MDS assessment form is coded accurately. CMS requires the MDS coordinator to be a registered nurse and sign the MDS assessment form certifying that it is complete and accurate.

16. CMS keeps track of the number of patients in each payment category and sends payment based on the information provided by the facility. In addition, at the end of each month, each facility with Medicare or Medicaid patients are required to submit a Health Insurance Claim Form ("HCFA 1500") for each Medicare or Medicaid patient, detailing the services provided. If additional services are reported as having been provided to the patient, Medicare and Medicaid pay out more than the daily rate.

17. Ensign knowingly, unlawfully and wrongfully submitted false records, claims and statements to officials and other employees and agents of the CMS for the purpose of obtaining payment under the federal Medicare and Medicaid programs. Ensign's false claims activities include:

   (a) misrepresenting a resident's healthcare and resource needs in the federally mandated MDS assessment forms;

   (b) submitting false MDS assessment forms to CMS;

   (c) knowingly placing residents in artificially inflated RUGs in order to obtain a higher Medicare payment rate;

   (d) fraudulently completing the HCFA 1500 forms; and

   (e) submitting false HCFA 1500 forms to CMS.

18. As a consequence of Ensign's submission of false and/or exaggerated records, claims and statements, the United States of America paid Ensign hundreds of millions of dollars in excess of that lawfully due under the federal Medicare and Medicaid programs.

## COUNT I

### Federal False Claims Act
### 31 U.S.C. §3729

19. Relator realleges and incorporates ¶¶1-18 above as though fully set forth herein.

20. This is a claim for civil penalties, treble damages and forfeitures under the Federal False Claims Act, 31 U.S.C. §§3729-33, as amended.

21. By virtue of the acts described above, Ensign knowingly submitted or caused to be submitted to officers, employees or agents of the U.S. government false or fraudulent claims, records and statements in order to obtain payment or approval for health care services provided under Medicare and Medicaid.

22. By virtue of the acts described above, Ensign knowingly made, used or caused to be made or used false records and statements in order to obtain federal government payment of false and fraudulent claims.

23. The U.S. government, unaware of the falsity of the records, claims and statements made by Ensign, and in reliance on the accuracy thereof, paid and continues to pay Ensign for claims under Medicare and Medicaid that would not be paid if the truth were known.

24. As a result of such payments, the federal government has been damaged in a substantial amount and Ensign is subject to substantial penalties.

### PRAYER

WHEREFORE, Relator prays for judgment against Ensign, which provides:

A. That Ensign cease and desist from violating 31 U.S.C. §§3729, *et seq.*;

B. That judgment be entered against Ensign in an amount equal to three times the amount of damages the United States has sustained as a result of Ensign's actions, as well as a civil penalty against Ensign of $10,000 for each violation of 31 U.S.C. §3729;

C. That Relator be awarded the maximum amount allowed pursuant to §3730(d) of the Federal False Claims Act;

D. That Relator be awarded all costs and expenses of this action, including attorneys' fees; and

E. That the United States and Relator receive all such other relief as the Court deems just and proper.

## JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Relator hereby demands a trial by jury.

DATED: July 12, 2006

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
WENDY HARRISON

*Wendy Harrison*
WENDY HARRISON

2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: 602/274-1100
602/274-1199 (fax)

Attorneys for Relator

S:\Cpt Ensign Group.doc

- 7 -

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
United States of America, Plaintiff, ex. rel Carol Jean Sanchez, Relator

**DEFENDANTS**
Ensign Group, Inc.

**(b) County of Residence of First Listed Plaintiff** (Except in U.S. Plaintiff Cases):

**County of Residence of First Listed Defendant** (In U.S. Plaintiff Cases Only): Orange

**(c) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Wendy Harrison
Bonnett, Fairbourn, Friedman & Balint, P.C.
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012, tel: 602/274/1100

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No     ☒ **MONEY DEMANDED IN COMPLAINT:** $ 10,000 per claim

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
31 U.S.C. Section 3729, Violations of the Federal False Claims Act

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending |  | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument |  | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty |  |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | BANKRUPTCY | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations |  | ☐ 340 Marine | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle |  | FORFEITURE/PENALTY |  |
| ☐ 810 Selective Service |  | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 850 Securities/Commodities /Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 |  |  | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☒ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 443 Housing/Accommodations |  | ☐ 840 Trademark |
| ☐ 891 Agricultural Act | ☐ 190 Other Contract |  |  |  | SOCIAL SECURITY |
| ☐ 892 Economic Stabilization Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 893 Environmental Matters | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 894 Energy Allocation Act | REAL PROPERTY |  |  | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 210 Land Condemnation |  | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 220 Foreclosure |  |  | ☐ 690 Other | ☐ 865 RSI (405(g)) |
|  | ☐ 230 Rent Lease & Ejectment |  | ☐ 440 Other Civil Rights |  | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land |  |  |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
|  | ☐ 245 Tort Product Liability |  |  |  | ☐ 871 IRS-Third Party 26 USC 7609 |
|  | ☐ 290 All Other Real Property |  |  |  |  |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number: _____    SA CV 06-643 CJC (ANx)

CV-71 (07/05)                   CIVIL COVER SHEET                   Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

VIII(b). RELATED CASES: Have any cases been previously filed that are related to the present case? ☒ No   ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE: List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)
☒ Check here if the U.S. government, its agencies or employees is a named plaintiff.

List the California County, or State if other than California, in which EACH named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.
Orange

List the California County, or State if other than California, in which EACH claim arose. (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.
Orange

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Wendy Harrison_   Date   July 12, 2006

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Cormac J. Carney and the assigned discovery Magistrate Judge is Arthur Nakazato.

The case number on all documents filed with the Court should read as follows:

### SACV06- 643 CJC (ANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [X] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY